UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERICIAL INSURANCE COMPANY, as Subrogee for Jerome Geffner,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN HANSEN, an individual, AND DOES 1 THROUGH 25, Inclusive,<br><br>Defendants. | Case No.: 3:16-cv-01123-LB<br>*Assigned to Hon. Laurel Beeler*<br><br>~~PROPOSED~~ ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY<br><br>Hearing Date: July 21, 2016<br>Hearing time: 11:00 a.m.<br>Courtroom: 1 |

BEFORE THE COURT is the Application of Counsel for Plaintiff Travelers Commercial Insurance Company to appear telephonically on July 21, 2016, at 11:00 a.m. in regards to the Case Management Conference. After consideration of the Application and the supporting declaration, it is

ORDERED AND ADJUDGED that Karen-Denise Lee, counsel for Plaintiff, may appear telephonically for the hearing scheduled for the July 21, 2016, at 11:00 a.m. The appearance will be arranged through CourtCall. Plaintiff is responsible for dialing in to the call no later than 10 minutes prior to the scheduled hearing.

Dated: July 7, 2016

_____
Hon. Laurel Beeler

1

~~PROPOSED~~ ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY