Karen-Denise Lee (SBN 131318)
**DIEDERICH & ASSOCIATES**
655 North Central Avenue, Suite 2000
Glendale, CA 91203
Main (818) 502-6477; Fax (855) 245-0794
Direct (818) 502-3067; E-mail: klee6@travelers.com

Attorneys for Plaintiff,
**TRAVELERS COMMERCIAL INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERICIAL INSURANCE COMPANY, as Subrogee for Jerome Geffner,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN HANSEN, an individual, AND DOES 1 THROUGH 25, Inclusive,<br><br>Defendants. | Case No.: 3:16-cv-01123-LB<br>*Assigned to Hon. Laurel Beeler*<br><br>**STIPULATION OF DISMISSAL**<br>ORDER |

IT IS HEREBY STIPULATED between the Plaintiff Travelers Commercial Insurance Company, through its attorney of record, and Defendant Christian Hansen, pro se, that the above-captioned action should be dismissed with prejudice. The parties further agree that each shall bear their own attorney's fees, expenses and costs.

////

1
**STIPULATION OF DISMISSAL    3:16-cv-01123-LB**

IT IS SO STIPULATED.

Dated: September __, 2016

Diederick & Associates

By: _____
Karen-Denise Lee
Attorney for Plaintiff
Travelers Commercial Insurance Company

Dated: September 2, 2016

Christian Hansen, pro se

By: _____
Christian Hansen, Defendant, pro se

Dated: September 12, 2016

IT IS SO ORDERED

Judge Laurel Beeler

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*